Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff
April D. Reyes

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| APRIL D. REYES, | Case No.: 1:09-CV-000088 SMS |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,700.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of ($0.00) as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.


Dated:   September 7, 2010            /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com